**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00453-JAD-NJK<br><br>**ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**FIRST REQUEST** |

   COMES NOW defendant Chicago Title of Nevada, Inc. ("Chicago Agency") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

   1.   On March 18, 2021 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 18, 2021, Chicago Title Insurance Company removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Chicago Agency's response to U.S. Bank's complaint is currently due on April 16, 2021;

4. Counsel for Defendants request a 33-day extension, through and including Wednesday, May 19, 2021 for Chicago Agency to file its response to U.S. Bank's complaint to afford Chicago Agency's counsel additional time to review and respond to U.S. Bank's complaint.

5. Counsel for U.S. Bank does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Chicago Agency, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Chicago Agency's objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Chicago Agency's deadline to respond to the complaint is hereby extended through and including Wednesday, May 19, 2021.

Dated: April 8, 2021                    SINCLAIR BRAUN LLP


By: _/s/-Kevin S. Sinclair_
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    CHICAGO TITLE OF NEVADA, INC.

Dated: April 8, 2021                    WRIGHT FINLAY & ZAK, LLP


By: _/s/-Darren T. Brenner_
    DARREN T. BRENNER
    Attorneys for Plaintiff
    U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated: April 9, 2021

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE