WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the Certificateholders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOES I through X; and ROES XI through XX,<br><br>Defendants. | Case No.: 2:21-cv-00453-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' OPPOSITION TO MOTION TO LIFT STAY [ECF No. 17]**<br><br>**[First Request]** |

Plaintiff U.S. Bank National Association, as Trustee for the Certificateholders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08 ("U.S. Bank") and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Chicago Title Agency of Nevada, Inc. ("Defendants", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On April 22, 2021, this Court issued its Order granting the Parties' Stipulation to Stay Case pending the Ninth Circuit's resolution of *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332, Case No. 3:19-cv-00241-MMD-WGC [ECF No. 12].

2. On December 29, 2021, U.S. Bank filed a Motion to Lift Stay and Reopen Case [ECF No. 16].

3. On January 10, 2022, Defendants filed their Opposition to U.S. Bank's Motion to Lift Stay and Reopen Case [ECF No. 17] and a Countermotion to Extend Stay pending a recent appeal to the Nevada Supreme Court in *PennyMac Corporation v. Westcor Land Title Insurance Company*, Nevada Supreme Court Case No. 83737 [ECF No. 18].

4. U.S. Bank's deadline to respond to Defendants' Opposition is January 18, 2022, while its deadline to respond to Defendants' Countermotion is January 24, 2022.

5. U.S. Bank requests a seven (7) day extension of time to file its response to Defendants' Opposition to the Motion to Lift Stay and Reopen Case, such that the deadline shall fall on the same deadline for U.S. Bank to respond to Defendants' Countermotion, January 24, 2022. The extension is requested to afford U.S. Bank's counsel additional time to review and respond to the arguments in Defendants' Opposition.

6. Counsel for Defendants do not oppose the requested extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 18th day of January, 2022. | DATED this 18th day of January, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the Certificateholders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Blvd., Suite 400 <br> Encino, CA 91436 <br> *Attorneys for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Chicago Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this 24th day of January, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
nunc pro tunc to 1/18/2022