# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK LOAN SERVICING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>    Defendants. | Case No.: 2:21-cv-00453-JAD-NJK<br><br>**Order** |

On January 26, 2022, the stay in the instant case was lifted. Docket No. 24. To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than March 8, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: March 1, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1