WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the Certificateholders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOES I through X; and ROES XI through XX,<br><br>Defendants. | Case No.: 2:21-cv-00453-JAD-NJK<br><br>**STIPULATION AND ORDER TO STAY CASE**<br><br>ECF Nos. 29, 30, 31, 38 |

This is one of many disputes pending in this district that arises out of a title insurance policy following an HOA non-judicial foreclosure sale. A Motion to Remand is fully briefed and pending before this Court. See ECF No. 25. Given that this Court's jurisdiction is dependent on how it adjudicates the Motion for Remand—and in order to preserve party and judicial resources while the Court is Considering the Motion for Remand—the parties stipulate and agree as follows:

1. This case shall be stayed pending the resolution of the Plaintiff's Motion for Remand [ECF No. 25].

2. Defendants' Motions to Dismiss [ECF Nos. 29-31] are withdrawn without prejudice and may be refiled if the Motion for Remand is denied. Plaintiff is not required to respond to Defendants' Motions to Dismiss unless and until they are refiled.

3. If the Motion for Remand is denied, the parties will meet and confer consistent with Rule 26(f) to file a new scheduling order.

**IT IS SO STIPULATED.**

DATED this 26th day of April, 2022.   DATED this 26th day of April, 2022.

WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN LLP

*/s/ Darren T. Brenner*   */s/ Kevin S. Sinclair*
Darren T. Brenner, Esq.   Kevin S. Sinclair, Esq.
Nevada Bar No. 8386   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200   16501 Ventura Blvd., Suite 400
Las Vegas, NV 89117   Encino, CA 91436
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the Certificate-holders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08*   *Attorneys for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Chicago Title Agency of Nevada, Inc.*

**ORDER**

Based on the parties' stipulation [ECF No. 38] and good cause appearing, IT IS ORDERED that THIS CASE IS STAYED pending a decision on the Renewed Motion to Remand [ECF No. 25].

IT IS FURTHER ORDERED that the motions to dismiss [ECF Nos. 29, 30, 31] are DEEMED WITHDRAWN without prejudice to their refiling consistent with this stipulation.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 3, 2022